No. 84–6682.   CORLEY v. HERMAN, CLERK, DISTRICT OF CO-
LUMBIA COURT OF APPEALS, ET AL.   C. A. D. C. Cir.   Certio-
rari denied.

No. 84–6691.   WILSON v. RAYL, DIRECTOR, EL DORADO
HONOR CAMP, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–6697.   WIGGINS v. NEW MEXICO.   Sup. Ct. N. M.
Certiorari denied.

No. 84–6702.   HARVEY v. UNITED STATES; and
No. 84–6835.   CLARK v. UNITED STATES.   C. A. 8th Cir.
Certiorari denied.   Reported below: 756 F. 2d 636.

No. 84–6703.   BRANTNER v. WICKER, ACTING SUPERINTEND-
ENT OF PRISONS, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 84–6704.   CUNNINGHAM v. SHAFER.   Sup. Ct. Nev.   Cer-
tiorari denied.

No. 84–6707.   HUMPHRIES v. CHESAPEAKE CITY POLICE DE-
PARTMENT ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 84–6708.   BLOCKER v. FETHERSTON.   Sup. Ct. Mich.
Certiorari denied.

No. 84–6711.   KORB v. PENNSYLVANIA.   Super. Ct. Pa.   Cer-
tiorari denied.

No. 84–6712.   LEROY v. MORRIS, SUPERINTENDENT, SOUTH-
ERN OHIO CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari
denied.

No. 84–6718.   JEFFERSON v. MERCER, CLERK, UNITED STATES
COURT OF APPEALS FOR THE ELEVENTH CIRCUIT, ET AL.   C. A.
11th Cir.   Certiorari denied.

No. 84–6719.   GONZALEZ v. UNITED STATES.   C. A. 7th Cir.
Certiorari denied.

No. 84–6720.   CUNNINGHAM v. CITY OF LAS VEGAS.   Sup. Ct.
Nev.   Certiorari denied.

No. 84–6724.   PANDO v. UNITED STATES.   C. A. 2d Cir.   Cer-
tiorari denied.